■ In the Matter of STEPHEN LEONARD KADISH.— Motion by the applicant for reargument of his application for admission to the Bar, granted. Upon reargument, application for admission granted. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ In the Matter of GREGORY W., an Alleged Juvenile Delinquent. GREGORY W., Appellant; CORPORATION COUNSEL OF THE CITY OF NEW YORK et al., Respondents.— Motion by Law Guardian on behalf of the alleged delinquent Gregory W., for leave to appeal from order of Family Court, Kings County. Motion denied as unnecessary on the ground that as to this alleged delinquent the order is an order of disposition which is appealable as of right. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of GERALD S., an Alleged Juvenile Delinquent. GERALD S., Appellant; CORPORATION COUNSEL OF THE CITY OF NEW YORK et al., Respondents.— Motion by Law Guardian on behalf of the alleged delinquent Gerald S., for leave to appeal from order of the Family Court, Kings County. Motion granted. As to this alleged delinquent the order is not one which is appealable as of right. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD LEDERER, Appellant.— Motion by appellant to dispense with printing denied. It appears that appellant has taken an appeal from a decision dated December 15, 1964, denying his *coram nobis* application. No appeal lies from a decision; the appeal may be taken only from the formal order after it has been entered. It also appears that said decision has since been vacated and that appellant's original application is now pending undetermined before the trial court. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.